

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2022

No. 04-21-00416-CV

Kimi-Lyn **MURRAY**,
Appellant

v.

Phillip **MURRAY**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19449
Honorable Monique Diaz, Judge Presiding

## O R D E R

Appellee's brief was originally due July 1, 2022. We granted appellee's first motion for extension of time, extending the deadline for filing the brief to August 1, 2022. On August 1, 2022, appellee filed a motion requesting an additional extension of time to file the brief until August 8, 2022. After consideration, we **GRANT** the motion and **ORDER** appellee to file his brief **by August 8, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2022.

_____
Michael A. Cruz,
Clerk of Court